No. 405, Misc. CARPENTER v. LEDERLE, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus and for other relief denied.

No. 392, Misc. HOUSE v. GRIMES, SHERIFF. Motion for leave to file petition for writ of habeas corpus and for other relief denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. ——. GIBSON ET AL. v. FLORIDA LEGISLATIVE INVESTIGATION COMMITTEE. The application for a stay of the judgment of the Supreme Court of Florida and proceedings pursuant thereto, presented to MR. JUSTICE BLACK, and by him referred to the Court, is granted and the execution of such judgment and proceedings pursuant thereto is stayed pending the timely filing and disposition of a petition for certiorari. *Robert L. Carter* and *G. E. Graves, Jr.* for petitioners. *Mark R. Hawes* for the Florida Legislative Investigation Committee.

No. 567. UNITED STATES v. PARKE, DAVIS & Co. Appeal from the United States District Court for the District of Columbia. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman* and *W. Louise Florencourt* for the United States. *Gerhard A. Gesell* and *Edward S. Reid, Jr.* for appellee.

No. 571. KINSELLA, WARDEN, v. UNITED STATES EX REL. SINGLETON. Appeal from the United States District Court for the Southern District of West Virginia. Motion of the appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General White,*